

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2608

January 17, 2020

VIA ECF

Honorable Thomas J. McAvoy
United States District Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY  13901

Re: *CompassCare et. al v. Cuomo, et. al*
*Northern District of New York*
19-CV-1409 (TJM)(DJS)

Dear Judge McAvoy:

On behalf of the defendants in the above-referenced action, I respectfully request that defendants be permitted to submit a memorandum of law in opposition to plaintiffs' motion for a preliminary injunction, and in support of defendants' cross-motion to dismiss the complaint, up to forty (40) pages.  Counsel for the plaintiffs have no objection, and defendants have no objection to any request by the plaintiffs for an increased page limit in connection with these motions.

Thank you for your consideration of this matter.

Respectfully yours,

s/ Adrienne J. Kerwin

Adrienne J. Kerwin
Assistant Attorney General
Bar Roll No. 105154
Adrienne.Kerwin@ag.ny.gov

January 17, 2020
Page 2


cc (via ECF):  Kenneth Connelly, Esq.
David A. Cortman, Esq.
Kevin Theriot, Esq.
James P. Trainor, Esq.