UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| COMPASSCARE, a New York nonprofit corporation; NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES d/b/a NIFLA, a Virginia corporation; FIRST BIBLE BAPTIST CHURCH, a New York nonprofit corporation, | **NOTICE OF CROSS-MOTION** |
| *Plaintiffs*, | 19-CV-1409 |
| -against- | TJM/DJS |
| ANDREW M. CUOMO, in his official capacity as the Governor of the State of New York; ROBERTA REARDON, in her official capacity as the Commissioner of the Labor Department of the State of New York; and LETITIA JAMES, in her official capacity as the Attorney General of the State of New York, | |
| *Defendants*. | |

---

PLEASE TAKE NOTICE that upon the complaint, the accompanying memorandum of law, and all prior proceedings, Defendants Andrew M. Cuomo, Letitia James and Roberta Reardon, on March 9, 2020 at 10:00 a.m., or as soon thereafter as counsel can be heard, will make a cross-motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint in its entirety with prejudice, together with such other or further relief as may be just.

Pursuant to the December 11, 2019 text order of the court, Dkt. No. 16, Plaintiffs' response to this cross-motion shall be filed on or before February 14, 2020, and Defendant's reply shall be filed on or before February 28, 2020.

Dated: Albany, New York
January 20, 2020

                    LETITIA JAMES
                    Attorney General of the State of New York
                        Attorney for Defendants Andrew M. Cuomo,
                            Letitia James and Roberta Reardon
                    The Capitol
                    Albany, New York  12224

By: *s/ Adrienne J. Kerwin*
Adrienne J. Kerwin
Assistant Attorney General, of Counsel
Bar Roll No. 105154
Telephone: (518) 776-2608
Fax::   (518) 915-7738 (Not for service of papers)
Email: Adrienne.Kerwin@ag.ny.gov

To:    Kenneth Connelly, Esq. (via ECF)
        David A. Cortman, Esq. (via ECF)
        Kevin Theriot, Esq. (via ECF)
        James P. Trainor, Esq. (via ECF