

ALLIANCE DEFENDING
FREEDOM
FOR FAITH. FOR JUSTICE.

Writer Direct: (480) 388-8013

January 31, 2020

VIA ECF

Honorable Daniel J. Stewart
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

RE:   *CompassCare et. al v. Cuomo, et al.*
      *Northern District of New York*
      19-CV-1409 (TJM-DJS)

Dear Judge Stewart:

     Per this Court's November 15, 2019 filing order, counsel for Plaintiffs and Defendants have conferred regarding the scheduling conference currently set for February 20, 2020. Plaintiffs have a filed Motion for Preliminary Injunction (Dkt. No. 17) and Defendants have filed a Motion to Dismiss Plaintiffs' Complaint, (Dkt. No. 19). The briefing on these motions, per order of the District Court, is not due to be completed until February 28, 2020. In light of the pending motions, the parties jointly request that the upcoming Rule 16 Conference set for February 20, 2020, along with the associated deadlines, be adjourned without a new date at this time, pending the resolution of the motions by the District Court.

Respectfully,

Kenneth J. Connelly
Sr. Counsel
Alliance Defending Freedom
15100 N 90th St
Scottsdale, AZ 85260
480-444-0020
Email: kconnelly@adflegal.org

cc (via ECF): Adrienne J. Kerwin