

Writer Direct: (480) 388-8013

January 22, 2021

VIA ECF

Honorable Daniel J. Steward
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

RE:   *CompassCare et. al v. Cuomo, et. al.*
      Northern District of New York
      19-cv-1409 (TJM-DJS)

Dear Judge Stewart,

     Per this Court's October 22, 2020 scheduling order, the parties file this joint status report. Both parties have served written discovery and document requests upon the other side, and they anticipate completing their responses in the upcoming weeks. Once the parties have had an opportunity to review those answers and document productions, they will determine whether any further discovery is necessary, to include the taking of depositions, before proceeding to brief the remaining claim on summary judgment. The parties have not conducted any settlement negotiations, and do not plan to at this time, as they do not believe this case is amenable to settlement at this time. Should the parties require the Court's involvement to resolve any discovery dispute, they will first seek, in accordance with the scheduling order, to resolve such pursuant to Local Rule 7.1(a)(2). At this juncture the parties do not anticipate needing to alter the current schedule, but will promptly file a motion with the Court in the event it becomes apparent that a modest extension is required.

                        Respectfully Submitted,

                        s/*Kenneth J. Connelly*
                        Kenneth J. Connelly
                        Sr. Counsel

15100 N. 90th Street, Scottsdale, AZ 85260   Phone: 480.444.0020   Fax: 480.444.0028   ADFlegal.org

Honorable Daniel J. Stewart
January 22, 2021
Page 2

        ALLIANCE DEFENDING FREEDOM
        15100 N. 90th Street
        Scottsdale, AZ 85260
        (480) 444-0020
        Email: kconnelly@adflegal.org

        *Counsel for Plaintiffs*

cc (via ECF): Adrienne J. Kerwin