

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2608

April 7, 2021

VIA ECF

Honorable Daniel J. Stewart
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley - U.S. Courthouse
445 Broadway
Albany, NY  12207-2924

Re:   *CompassCare et. al v. Cuomo, et. al*
      19-CV-1409 (TJM)(DJS)

Dear Judge Stewart:

On behalf of the defendants in the above-referenced action, I respectfully request that the dispositive motion deadline be extended from **April 16, 2021**, ECF No. 38, to **May 21, 2020**. Counsel for the plaintiffs consents to this request.

Additionally, since all parties intend to file dispositive motions, counsel have conferred and propose the following briefing schedule:

   Motions filed no later than May 21, 2021;
   Opposition to motions filed no later than June 11, 2021; and
   Replies filed no later than June 25, 2021.

Thank you for your consideration of this matter.

April 7, 2021
Page 2

                                                Respectfully yours,

                                                s/ Adrienne J. Kerwin

                                                Adrienne J. Kerwin
                                                Assistant Attorney General
                                                Bar Roll No. 105154
                                                Adrienne.Kerwin@ag.ny.gov


cc (via ECF):  Kenneth Connelly, Esq.
                     David A. Cortman, Esq.
                     Kevin Theriot, Esq.
                     James P. Trainor, Esq.