UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASSCARE, a New York nonprofit corporation; NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, d/b/a NIFLA, a Virginia corporation; FIRST BIBLE BAPTIST CHURCH, a New York nonprofit corporation,<br><br>                  Plaintiffs,<br><br>v.<br><br>ANDREW CUOMO, in his official capacity as the Governor of the State of New York; ROBERTA REARDON, in her official capacity as the Commissioner of the Labor Department of the State of New York; and LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>                  Defendants. | Case No.: 1:19-cv-01409-TJM-DJS |

## NOTICE OF APPEAL

Please note that Plaintiffs CompassCare, NIFLA, and First Bible Baptist Church hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment (ECF No. 54) entered on April 1, 2022, and from the Decision and Order (ECF No. 27) granting in part and denying in part Plaintiffs' motion for preliminary injunction, and granting in part and denying in part Defendants' motion to dismiss, entered on June 5, 2020.

1

Respectfully submitted this 28th day of April, 2022.

David A. Cortman
Bar No. 502661
Alliance Defending Freedom
1000 Hurricane Shoals Road, N.E.
Suite D-1100
Lawrenceville, GA  30043
(770) 339-0774
(770) 339-6744 (Fax)
dcortman@ADFlegal.org

*s/Kenneth J. Connelly*
Kenneth J. Connelly, AZ Bar No. 25420*
Kevin Theriot, AZ Bar No. 30446*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 (Fax)
ktheriot@ADFlegal.org
kconnelly@ADFlegal.org

James P. Trainor
Bar No. 505767
Trainor Law PLLC
2452 US Route 9, Suite 203
Malta, NY 12020
(518) 899-9200
(518) 899-9300 (Fax)
jamest@trainor-lawfirm.com
Local Counsel

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2022, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

*s/Kenneth J. Connelly*
Kenneth J. Connelly
*Attorney for Plaintiffs*
