UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COMPASSCARE, a New York nonprofit corporation; NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES d/b/a NIFLA, a Virginia corporation; FIRST BIBLE BAPTIST CHURCH, a New York nonprofit corporation,

**NOTICE OF CROSS-APPEAL**

19-CV-1409

*Plaintiffs*,

TJM/DJS

-against-

KATHY HOCHUL[1], in her official capacity as the Governor of the State of New York; ROBERTA REARDON, in her official capacity as the Commissioner of the Labor Department of the State of New York; and LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,

*Defendants*.

---

Please take notice that Defendants Kathy Hochul, Roberta Reardon and Letitia James hereby cross-appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on April 1, 2022 insofar as they are aggrieved by it.

Dated: Albany, New York
       May 12, 2022

LETITIA JAMES
Attorney General
State of New York
Attorney for Defendants
The Capitol
Albany, New York  12224-0341
By: s/ Adrienne J. Kerwin
Adrienne J. Kerwin
Assistant Attorney General, of Counsel

---

[1] As successor in office to defendant former Governor Andrew Cuomo, Governor Kathy Hochul is automatically substituted as defendant pursuant to Federal Rules of Civil Procedure 25(d).

Bar Roll No. 105154
Telephone:  (518) 776-2608
Fax: (518) 915-7738 (Not for service of papers)
Email: Adrienne.Kerwin@ag.ny.gov

TO:     All counsel of record