

Writer Direct: (480) 444-5185
February 11, 2024

VIA ECF

Honorable Anne M. Nardacci
United States District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207
Binghamton, NY 13901

Re:   Joint Request for Order Extending Time to File Supplemental Briefing
      *CompassCare et. al v. Cuomo, et. al*
      19-CV-1409 (AMN)(DJS)

Dear Judge Nardacci:

On behalf of the parties in the above-referenced action, I respectfully request that the Court enter an order extending the time for the parties to file their supplemental briefing ordered by the Court. The undersigned has conferred with counsel for the State and she has consented to the filing of this joint letter and the request for a time extension.

On January 30, 2025, the Court entered an order directing the parties to file supplemental briefing as to whether any Plaintiff has plausibly alleged an associational rights claim under *Slattery v. Hochul*, 61 F.4th 278, 288 (2d. Cir. 2023). Order, ECF No. 66. Defendants are directed to file an initial brief by February 13, 2025. Plaintiffs' response must be filed by February 27, 2025. Defendants' reply must be filed by March 6, 2025.

Good cause exists for this motion because Plaintiffs' counsel needs additional time to confer with his clients to determine next steps, including how to proceed in light of the Second Circuit's and this Court's recent Orders in *Slattery*. The Plaintiffs' decision may effect the supplemental briefing the Court requested.

The parties request that the Court enter an order extending the time for the parties to file their respective briefs by two (2) weeks, setting the new deadline for Defendants' initial brief on February 27, 2025, Plaintiffs' response on March 13, 2025, and Defendants' reply on March 20, 2025.

15100 N. 90th Street, Scottsdale, AZ 85260    Phone: 480.444.0020    Fax: 480.444.0028    ADFlegal.org

Judge Nardacci
February 11, 2024
Page 2

        Thank you for your consideration of this matter.

        Respectfully Submitted,

        *s/ Kevin Theriot*
        Kevin Theriot
        Sr. Counsel
        ALLIANCE DEFENDING FREEDOM
        15100 N 90th St
        Scottsdale, AZ 85260
        480-444-0020
        Email: ktheriot@adflegal.org
        Counsel for Plaintiffs

cc:    VIA ECF
      Adrienne J. Kerwin
      Office of Attorney General-Albany
      State of New York
      The Capitol
      Albany, NY 12224
      Adrienne.Kerwin@ag.ny.gov