

Writer Direct: (913) 730-5185
February 27, 2024

VIA ECF

Honorable Anne M. Nardacci
United States District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207
Binghamton, NY 13901

Re:   Joint Request for Order Extending Time to File Supplemental Briefing
      *CompassCare et. al v. Cuomo, et. al*
      19-CV-1409 (AMN)(DJS)

Dear Judge Nardacci:

    On behalf of the parties in the above-referenced action, I respectfully request that the Court enter an order for a second extension of the time for the parties to file their supplemental briefing ordered by the Court. The undersigned has conferred with counsel for the State and she has consented to the filing of this joint letter and the request for an additional time extension.

    On January 30, 2025, the Court entered an order directing the parties to file supplemental briefing as to whether any Plaintiff has plausibly alleged an associational rights claim under *Slattery v. Hochul*, 61 F.4th 278, 288 (2d. Cir. 2023). Order, ECF No. 66. Upon request of the parties, the Court extended the deadlines for that briefing on February 12, 2025. Text Order, ECF No. 68. The current deadline for Defendants' brief is February 27, 2025. Plaintiffs are to file a response by March 13, 2025, and Defendants' reply is due March 20, 2025.

    Good cause exists for this motion because Plaintiffs are working toward voluntarily dismissing the case, but the parties need additional time to try to reach agreement on the best approach. That may affect the supplemental briefing the Court requested and may eliminate its necessity.

    The parties request that the Court enter an order extending the time for the parties to file their respective briefs by an additional two (2) weeks, setting the new deadline for Defendants' initial brief on March 13, 2025, Plaintiffs' response on March 27, 2025, and Defendants' reply on April 13, 2025.

Judge Nardacci
February 27, 2024
Page 2

Thank you for your consideration of this matter.

                              Respectfully Submitted,

                              *s/ Kevin Theriot*
                              Kevin Theriot
                              Sr. Counsel
                              ALLIANCE DEFENDING FREEDOM
                              15100 N 90th St
                              Scottsdale, AZ 85260
                              480-444-0020
                              Email: ktheriot@adflegal.org
                              Counsel for Plaintiffs

cc:     VIA ECF
         Adrienne J. Kerwin
         Office of Attorney General-Albany
         State of New York
         The Capitol
         Albany, NY 12224
         Adrienne.Kerwin@ag.ny.gov