UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASSCARE, a New York nonprofit corporation; NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, d/b/a NIFLA, a Virginia corporation; FIRST BIBLE BAPTIST CHURCH, a New York nonprofit corporation,<br><br>                    Plaintiffs,<br>  v.<br>KATHY HOCHUL, in her official capacity as the Governor of the State of New York; ROBERTA REARDON, in her official capacity as the Commissioner of the Labor Department of the State of New York; and LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>                    Defendants. | Case No.: 1:19-cv-01409-AMN-DJS |

**NOTICE OF JOINT STIPULATION OF DISMISSAL**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal with prejudice as to Plaintiffs' facial claims, and without prejudice as to any potential future as-applied claims arising from any enforcement of New York Labor Law § 203-e against Plaintiffs. Each party is to bear its own costs, fees, and expenses. There is no prevailing party in this action.

IT IS SO STIPULATED.

1

Respectfully submitted this 26th day of March, 2025,

s/ *Adrienne J. Kerwin*
Adrienne J. Kerwin
Office of Attorney General – Albany
State of New York
The Capitol
Albany, NY 12224
(518)-776-2608
Adrienne.Kerwin@ag.ny.gov

*Counsel for Defendants*

s/ *Kevin H. Theriot*
Kevin H. Theriot, AZ Bar No. 30446*
ALLIANCE DEFENDING FREEDOM
15100 N 90th St
Scottsdale, AZ 85260
(480)-444-0020
ktheriot@adflegal.org

David A. Cortman
Bar No. 502661
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road, NE
Suite D1100
Lawrenceville, GA 30078
(770)-339-0774
Fax: 770-339-6744
dcortman@adflegal.org

James P. Trainor
Bar No. 505767
TRAINOR, PEZZULO & DESANTO PLLC
2452 US Route 9 – Suite 203
Malta, NY 12020
(518)-899-9200
Fax: 518-899-9300
jamest@tpdlawfirm.com
Local Counsel

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of March, 2025, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

                                                *s/Kevin H. Theriot*
                                                Kevin H. Theriot
                                                *Attorney for Plaintiffs*