UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASSCARE, a New York nonprofit corporation; NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, d/b/a NIFLA, a Virginia corporation; FIRST BIBLE BAPTIST CHURCH, a New York nonprofit corporation,<br><br>                Plaintiffs,<br>  v.<br><br>KATHY HOCHUL, in her official capacity as the Governor of the State of New York; ROBERTA REARDON, in her official capacity as the Commissioner of the Labor Department of the State of New York; and LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>                Defendants. | Case No.: 1:19-cv-01409-AMN-DJS |

**NOTICE OF JOINT STIPULATION OF DISMISSAL**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal with prejudice as to Plaintiffs' facial claims, and without prejudice as to any potential future as-applied claims arising from any enforcement of New York Labor Law § 203-e against Plaintiffs. Each party is to bear its own costs, fees, and expenses. There is no prevailing party in this action.

IT IS SO STIPULATED.

Respectfully submitted this 26th day of March, 2025,

<u>s/ Adrienne J. Kerwin</u>
Adrienne J. Kerwin
Office of Attorney General – Albany
State of New York
The Capitol
Albany, NY 12224
(518)-776-2608
Adrienne.Kerwin@ag.ny.gov

*Counsel for Defendants*


IT IS SO ORDERED:

_____
Anne M. Nardacci
U.S. District Judge

Dated: April 2, 2025
       Albany, NY

<u>s/ Kevin H. Theriot</u>
Kevin H. Theriot, AZ Bar No. 30446*
ALLIANCE DEFENDING FREEDOM
15100 N 90th St
Scottsdale, AZ 85260
(480)-444-0020
ktheriot@adflegal.org

David A. Cortman
Bar No. 502661
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road, NE
Suite D1100
Lawrenceville, GA 30078
(770)-339-0774
Fax: 770-339-6744
dcortman@adflegal.org

James P. Trainor
Bar No. 505767
TRAINOR, PEZZULO & DESANTO PLLC
2452 US Route 9 – Suite 203
Malta, NY 12020
(518)-899-9200
Fax: 518-899-9300
jamest@tpdlawfirm.com
Local Counsel

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

2